UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALLACE JOHN THOMSON,

    Petitioner,

vs.

DERRAL ADAMS, Warden,

    Respondent.

No. C 05-00074 PJH (PR)

**JUDGMENT**

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: August 5, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.05\THOMSON074.JUD.wpd